JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.**  II _____        **Investigating Agency**  FBI _____

**City**   Boston _____        **Related Case Information:**

**County**   Middlesex _____        Superseding Ind./ Inf. _____  Case No. _____
                                                Same Defendant _____  New Defendant  X _____
                                                Magistrate Judge Case Number _____
                                                Search Warrant Case Number     See additional information
                                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Xiaoning Sui _____        Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes  ☑ No

Alias Name       _____

Address          (City & State)   Surrey, BC _____

Birth date (Yr only): 1970   SSN (last4#):_____   Sex  W ___   Race: _____   Nationality:  CHN (PR of CA) _____

**Defense Counsel if known:**        _____        Address _____

**Bar Number**        _____                        _____

**U.S. Attorney Information:**

**AUSA**    Eric S. Rosen _____        Bar Number if applicable   NY4412326 _____

**Interpreter:**        ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**        ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**        ☑ Yes        ☐ No

        ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**        _____

☐ Already in Federal Custody as of        _____  in  _____ .
☐ Already in State Custody at ─────────────── ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on  _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty ─────── ☐ Misdemeanor ─────── ☑ Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   March 5, 2019        Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Xiaoning Sui _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 USC 981(a)(1)(c) | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK