IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>vs.<br><br>**XIAONING SUI,**<br><br>          Defendant. | **Criminal No.** 19-CR-10082 |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment charging defendant Xiaoning Sui be unsealed. In support of this motion, the government states that the defendant has been arrested in Spain, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _____
ERIC S. ROSEN
Assistant U.S. Attorney

Date: September 17, 2019