JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__   Investigating Agency __FBI__

**City** __Boston__

**County** __SUFFOLK__ ☒

**Related Case Information:**

Superseding Ind./ Inf.  __X__   Case No. __19-CR-10082-DPW__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Xiaoning SUI__   Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name __Peggy SUI__

Address __(City & State) Surrey, British Columbia__

Birth date (Yr only): __1970__   SSN (last4#): _____   Sex __W__   Race: __Chinese__   Nationality: __CHN__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Eric Rosen__   Bar Number if applicable __4412326__

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __Chinese__

Victims: ☒ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __09/17/2019__

☒ Already in Federal Custody as of __09/17/2019__ in __Madrid. Spain__.
☐ Already in State Custody at ——————   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty —— ☐ Misdemeanor —— ☒ Felony __6__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/24/2019   Signature of AUSA: _(signature)_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):   19-CR-10082-DPW

**Name of Defendant**   Xiaoning Sui

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | conspiracy - fraud and honest services wire fraud; federal programs bribery | 1 |
| Set 2 | 18 USC 1956(a)(2)(A) | International money laundering | 2-3 |
| Set 3 | 18 USC 1343, 1346 | Wire fraud and honest services wire fraud | 4-6 |
| Set 4 | | Fraud and Money Laundering Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**