UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIAONING SUI,<br><br>Defendant | Criminal No. 19-10082-DPW<br><br>Violations:<br><br><u>Count One</u>: Federal Programs Bribery (18 U.S.C. § 666)<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

<u>SUPERSEDING INFORMATION</u>

At all times relevant to this Superseding Information:

<u>General Allegations</u>

1. Defendant XIAONING SUI was a resident of Surrey, British Columbia, Canada. SUI was the mother of Applicant 1, a secondary school student.

2. William "Rick" Singer was a resident, variously, of Sacramento and Newport Beach, California. Singer owned the Edge College & Career Network LLC, also known as "The Key," a for-profit college counseling and preparation business that he founded in or about 2007 and incorporated in the State of California in or about 2012. Singer also served as Chief Executive Officer of the Key Worldwide Foundation ("KWF"), a non-profit corporation that he established as a purported charity in or about 2012. KWF maintained several bank accounts (collectively, the "KWF charitable accounts"), including one located in the District of Massachusetts.

3. The University of California at Los Angeles ("UCLA") was a highly selective public university located in Los Angeles, California. The athletic teams of UCLA competed in

most sports, including men's soccer, at the Division I level, the highest level of intercollegiate athletics sanctioned by the National Collegiate Athletic Association ("NCAA"). The UCLA admissions office typically allocated a number of admissions slots to the head coaches of its athletic teams to recruit highly qualified athletes. The admissions prospects of recruited athletes were significantly higher than those of non-recruited athletes with similar grades and standardized test scores.

4. UCLA received federal benefits in excess of $10,000 annually under Federal programs involving grants, contracts, subsidies and other forms of Federal assistance.

5. Jorge Salcedo ("Salcedo") was a resident of Los Angeles, California. Salcedo was employed as the head coach of men's soccer at UCLA and thus an agent of UCLA.

6. Ali Khosroshahin ("Khosroshahin") was a resident of Fountain Valley, California. Until on or about November 8, 2013, Khosroshahin was employed as the head coach of women's soccer at the University of Southern California ("USC").

7. Tennis Recruiter 1 ("Recruiter 1") was a resident of Sarasota, Florida. Recruiter 1 owned and operated a college tennis recruiting service based in Florida. In that capacity, Recruiter 1 matched high school tennis players with college tennis coaches to facilitate the players' potential recruitment as part of the college admissions process.

## UCLA Federal Programs Bribery

8.  On various dates between August 2018 and February 2019, SUI agreed to make payments to Singer, with the intent to influence and reward Salcedo in connection with Salcedo's purported efforts to recruit Applicant 1 to the UCLA men's soccer team, as set forth below:

9.  In or about early August 2018, Singer spoke with Recruiter 1 by telephone and told Recruiter 1 how much it would cost to secure admission for Applicant 1 to various universities, including UCLA.

10. On or about August 24, 2018, in a conference call with SUI, Recruiter 1 and a Chinese translator, Singer explained to SUI that Singer would write Applicant 1's college application in a "special way" that would guarantee Applicant 1's admission to UCLA. Singer told SUI that SUI would need to set aside $400,000 in an escrow account pending Applicant 1's acceptance to UCLA.

11. On or about September 12, 2018, Singer forwarded a false soccer profile for Applicant 1, which depicted Applicant 1 as a top player for two private soccer clubs in Canada, to Salcedo and Khosroshahin.

12. Between in or about September 2018 and in or about October 2018, Singer sent copies of Applicant 1's secondary school transcript to Khosroshahin, who sent the transcript to Salcedo.

13. Salcedo provided Applicant 1's transcript and false soccer profile to UCLA athletics administrators in order to facilitate Applicant 1's recruitment to UCLA as a soccer player.

14. On or about September 24, 2018, Salcedo filled out a "Priority Coding Request Form" for Applicant 1, which is required for admission to UCLA as a recruited student-athlete. Salcedo falsely wrote that he saw Applicant 1 play soccer "in China during a coaching education visit last year," and that Applicant 1 had "good quickness and speed."

15. On or about October 24, 2018, SUI engaged in a telephone conference call with Singer, Recruiter 1 and a Chinese translator. During the call, Singer—who by this point was cooperating with law enforcement authorities—explained in English that, in order to proceed, SUI would need to wire $100,000 to Singer's bank account, and that the money would be "paid to the coach at UCLA" in exchange for a letter of intent from the coach recruiting Applicant 1 onto his soccer team. Singer further explained that the $100,000 would be paid to "the UCLA men's soccer coach directly." The translator translated what Singer said into Chinese, telling SUI: "Your son is admitted to this school through UCLA's soccer team. That $100,000 is directly transferred to that soccer coach." SUI responded, "OK."

16. On or about October 26, 2018, SUI wired $100,000 from Canada to a KWF bank account in the District of Massachusetts, with the intention that the money would be provided to Salcedo in exchange for his designation of Applicant 1 as a purported recruit to the UCLA men's soccer team.

<u>COUNT ONE</u>
Federal Programs Bribery
(18 U.S.C. § 666(a)(2))

The United States Attorney charges:

17.     The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 16 of this Superseding Information.

18.     On or about October 26, 2018, in the District of Massachusetts, and elsewhere, the defendant,

XIAONING SUI,

corruptly agreed to give anything of value to any person, with intent to influence and reward an agent of an organization, namely UCLA, in connection with any business, transaction and series of transactions of such organization involving anything of value of $5,000 or more, where such organization received benefits in excess of $10,000 under federal programs involving grants, contracts, subsidies, loan guarantees, insurance and other forms of federal assistance in any one-year period.

All in violation of Title 18, United States Code, Section 666(a)(2).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

19.     Upon conviction of the offense in violation of Title 18, United States Code, Section 666(a)(2) as set forth in Count 1 of this Superseding Information, the defendant,

XIAONING SUI,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

20.     If any of the property described in Paragraph 19 above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 19 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

By: ANDREW E. LELLING
UNITED STATES ATTORNEY

/s/
ERIC S. ROSEN
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
Assistant United States Attorneys

Date: January 27, 2020