UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIAONING SUI,<br><br>        Defendant. | Criminal No. 19-CR-10082-DPW<br><br>Count One: Federal Programs Bribery<br>(18 U.S.C. § 666) |

## WAIVER OF INDICTMENT

I, Xiaoning Sui, the above-named defendant, who is accused of federal programs bribery, being advised of the nature of the charges, the proposed Information, and my rights, hereby waives in open court on February 21, 2020 prosecution by indictment and consent that the proceeding may be by Information instead of by Indictment.

_____
Xiaoning Sui
Defendant

_____
Martin Weinberg, Esq.
Attorney for Defendant

Before: _____
DOUGLAS P. WOODLOCK
United States District Judge