AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Xiaoning SUI | ) | Case No.  19-CR-10082-DPW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

*RECEIVED U.S. MARSHALS SERVICE BOSTON, MA  2019 SEP 24  P 12: 40*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Xiaoning SUI                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC 371 - conspiracy to commit wire fraud, honest services wire fraud, and federal programs bribery
18 USC 1956(a)(2)(A) - international money laundering
18 USC 1343, 1346 - wire fraud and honest services wire fraud

Date:  09/24/2019

*Issuing officer's signature*

City and state:  Boston, MA

Steve York
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

WARRANT EXECUTED BY ICE
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/21/2020

Date:  _____

*Arresting officer's signature*

_____
*Printed name and title*