UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) |  |
| v. | ) ) | Criminal No.: 19-10082-DPW |
| XIAONING SUI, | ) ) ) |  |
| Defendant | ) ) |  |

## GOVERNMENT'S SENTENCING MEMORANDUM

The government submits this memorandum in advance of the May 18, 2020 sentencing of defendant Xiaoning Sui. The government respectfully requests that the Court accept the sentence agreed to by the parties and set forth in the plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C), and sentence Sui to time served.

## FACTUAL OVERVIEW

Sui, a resident of British Columbia, Canada, was first introduced, via telephone, to William "Rick" Singer in or about August 2018, through an intermediary tennis recruiter. At this time, Singer's phone was being monitored pursuant to a Court-authorized wiretap. During the phone call, which was conducted through a Mandarin interpreter, Singer told Sui that it would cost approximately $400,000 to secure admission for Sui's son to various universities in the United States, including the University of California at Los Angeles ("UCLA"). He further informed Sui that he would need to write her son's application in a "special way" to have his admission "guaranteed," and that Sui would need to send $400,000 to an account Singer would designate.

In early September 2018, Singer, working together with others, created a falsified soccer

"profile" for Sui's son, which described him as an elite soccer player. Singer sent the profile to Jorge Salcedo, the UCLA soccer coach, who began the process of purporting to recruit Sui's son and securing a soccer scholarship for him. Singer had previously paid Salcedo $100,000 for the facilitating the admission of an earlier client of Singer as a fake women's soccer recruit.

On or about October 24, 2018, Singer—who in late September 2018 began cooperating with the government's investigation—had a consensually recorded call with Sui. At the direction of law enforcement agents, Singer told Sui he intended to use $100,000 from her payment to pay "the coach at UCLA" in exchange for providing a signed letter of intent recruiting Sui's son onto the UCLA soccer team. Sui wired Singer the money, and Singer, in turn, mailed a $100,000 check to Salcedo.[1]

In or about November 2018, Sui's son was approved for admission to UCLA as a student athlete and awarded a 25 percent tuition scholarship. In or about February 2019, Sui wired $300,000 to Singer as the final payment for securing her son's admission. Ultimately, following the arrests of numerous targets of the government's investigation in March 2019, the soccer scholarship was revoked and Sui's son did not attend UCLA.

## SENTENCING RECOMMENDATION

Sui was indicted under seal in March 2019. On September 17, 2019, Sui was arrested in Madrid, Spain, and detained pending her extradition to the United States. On February 21, 2020, Sui pled guilty to a Superseding Information charging her with one count of federal programs bribery, in violation of Title 18, United States Code, Section 666(a)(2). The government agrees that Sui's sentencing guidelines range is 24 to 30 months after acceptance of responsibility. Sui

---

[1] Salcedo was subsequently charged with racketeering conspiracy, and has recently entered into an agreement to plead guilty to that charge. *See* 19-CR-10081-IT (Dkt. 440).

has also agreed to forfeit the $400,000 that she paid to Singer to facilitate her crime.

Sui engaged in serious criminal conduct that warrants significant punishment. She agreed to bribe the UCLA soccer coach, knowing that the money he would receive was in exchange for purporting to "recruit" her son to play intercollegiate soccer—a sport he did not play competitively. And Salcedo did just that—fully aware that Sui's son did not play soccer and did not intend to play soccer at UCLA, which has one of the top mens' soccer teams in the nation. As part of the fraud, Singer's associates prepared a falsified athletic profile for Sui's son, and Salcedo falsely represented to UCLA that he was a real soccer player. As part of the fraud, Salcedo secured a 25 percent tuition scholarship for Sui's son.

Accordingly, had the scheme not been interrupted by law enforcement, Sui, Singer and Salcedo would have succeeded in depriving a more qualified applicant of a spot at UCLA, and would have likewise deprived a deserving student of significant scholarship money. As UCLA's victim-impact statement makes clear, Sui's conduct "has undermined the hard work of UC (University of California) faculty and staff who have endeavored over the years to fashion an equitable and merit-based admissions process."

At the same time, the government is aware that Sui has already served five months in a Spanish prison while awaiting extradition to the United States. That term is comparable to the sentences imposed on similarly situated defendants in the college admissions cases who pled guilty prior to indictment.[2] As examples:

- Defendant Devin Sloane paid $250,000 to have his son "recruited" by the University of Southern California ("USC") as a fake water polo player. *See* 19-CR-10117-IT. Sloane

---

[2] Although Sui was indicted, the charges against her were sealed and she was unaware of them until the time of her arrest.

3

was sentenced to four months of imprisonment.

- Defendant Stephen Semprevivo paid $400,000 to have his son "recruited" by Georgetown as a fake tennis player. *See* 19-CR-10117-IT. Semprevivo was also sentenced to four months of imprisonment.

- Defendant Jeff Bizzack paid $250,000 to have his son "recruited" by USC as a fake volleyball player. *See* 19-CR-10222-DPW. Bizzack, who approached the government about pleading guilty before he was arrested or even advised that he was the subject of a government investigation, was sentenced by this Court to a term of 2 months' imprisonment, and ordered to serve 300 hours of community service each year and pay a fine of $250,000.

- Defendant Toby Macfarlane paid $450,000 to have both his son and daughter "recruited" as fake athletes by USC. *See* 19-CR-10131-NMG. Macfarlane was sentenced to six months of imprisonment.

There are differences between Sui's conduct and those of the defendants referenced above. One aggravating factor here is that Singer specifically told Sui that he intended to provide at least a portion of her payment to the UCLA soccer coach personally. In addition, Sui's son was awarded a 25 percent tuition scholarship as a result of the scheme, even though he did not play soccer at all. At the same time, unlike the other defendants, Sui served five months in a foreign prison, where she did not speak the language and was unable to communicate effectively with guards or fellow inmates.

For all these reasons, the government respectfully submits that the agreed-upon sentence of time-served appropriately reflects the seriousness of Sui's crime, serves the interests of

general and specific deterrence, and avoid a disparity with the sentences imposed on other defendants who are similarly situated.

## CONCLUSION

The government respectfully recommends a sentence of time served with a fine in an amount to be determined by the Court, and a $100 special assessment. The government takes no position concerning the imposition of a term of supervised release, in light of the fact that Sui resides in Canada and the Probation Department has advised that it is unable to effectively supervise individuals residing in foreign countries for purposes of supervised release.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Eric S. Rosen*
ERIC S. ROSEN
JUSTIN D. O'CONNELL
LESLIE A. WRIGHT
KRISTEN A. KEARNEY
KARIN M. BELL
STEPHEN E. FRANK
Date: May 11, 2020          Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by CM/ECF on May 11, 2020.

*/s/ Eric S. Rosen*
ERIC S. ROSEN